**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No: 1:26-cv-23822

IRVIN ALMAN,

      Plaintiff,

v.

CARNIVAL CORPORATION,

      Defendant.

_____/

**ATTACHMENT B**

**AMENDED CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE**
**JUDGE FOR DISCOVERY MATTERS ONLY**

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above-captioned civil matter consent to have the Magistrate Judge currently assigned to the case, Ellen F. D'Angelo, handle discovery matters only.  Except for the specific motions identified below, the parties do not consent to the Magistrate Judge presiding over trial or any other dispositive proceedings. Further, the parties do not consent to reassignment to any other or successor Magistrate Judge.

Further, the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have Magistrate Judge, Ellen F. D'Angelo, decide the following motions and issue a final order of judgment with respect thereto:

| | | | |
|---|---|---|---|
| 1. Motions for Costs | Yes _____ | No __X____ |
| 2. Motions for Attorney's Fees | Yes _____ | No __X____ |
| 3. Motions for Sanctions | Yes _____ | No __X____ |
| 4. Motions to Dismiss | Yes _____ | No __X____ |
| 5. Motions for Summary Judgment | Yes _____ | No __X____ |
| 6. Other (specify) | _None_____ |

*/s/ Michael A. Hoffman*
David W. Singer, Esq.
dsingeresq@aol.com
Florida Bar No.: 306215

*/s/ Gina M. Sabatino*
Gina M. Sabatino, Esq.
Florida Bar No.: 116453
gsabatino@chartwelllaw.com

1

Michael A. Hoffman, Esq.
Florida Bar No.: 89549
mahoffman@l800askfree.com
DAVID W. SINGER & ASSOCIATES, P.A.
1011 South Federal Highway
Hollywood, FL 33020
*Counsel for Plaintiff*

Andrew D. Craven, Esq.
Florida Bar No.: 185388
acraven@chartwelllaw.com
THE CHARTWELL LAW OFFICES, LLP
100 SE 2nd Street, Suite 2150
Miami, Florida 33131-5322
Telephone: (305) 372-9044
Facsimile: (305) 372-5044
*Attorneys for Defendant*

2